UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

**FILED**

MAY 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SABRINA GALLMON
1109 Palmer Road, #13
Fort Washington, MD 20744

       Plaintiff,

v.

METROPOLITAN POLICE
DEPPARTMENT-FIFTH DISTRICT
300 Indiana Avenue, NW
Washington, DC 20001

       Defendant.

CASE NUMBER   1:05CV01075

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 05/27/2005

## COMPLAINT FOR NEGLIGENCE

Comes now, the plaintiff, Sabrina Gallmon, by and through her counsel, Nnenna O. Chuku, Esquire, and sues the defendant, Metropolitan Police Department-Fifth District, and states the following:

1. The plaintiff, Sabrina Gallmon, is an adult citizen of the United States residing in the State of Maryland, Prince George's County.

2. The defendant, Metropolitan Police Department-Fifth District, (hereinafter "MPD") is a governmental agency in the District of Columbia.

3. The Court has jurisdiction over this case based on diversity of citizenship of the parties.

4. On or about February 26, 2003, the defendant, MPD by and through it's agents responded to a stolen vehicle report, and recorded facts pertaining to the stolen vehicle report in a document referenced as Police Report No. CCN 026-261.

5.  Police Report No. CCN 026-261 was generated in the ordinary course of business, and the MPD had a duty to members of the public to preserve this record for public use.

6.  Plaintiff is a member of public and has a legitimate use for Police Report No. CCN 026-261 but can not obtain said report from the MPD.

7.  MPD breached it's duty to preserve said record and failed to maintain it's police records in the proper course of business.

8.  Through its own negligent acts and omissions the MPD cannot locate Police Report No. CCN 026-261, and do not have a copy of said record in their possession.

9.  As a direct and proximate cause of the negligence of the MPD, the plaintiff has sustained substantial damages.

WHEREFORE, the plaintiff, Sabrina Gallmon, requests the following relief:

a.  Consequential damages in the amount of $200,000.00.

b.  Compensatory damages in the amount of $300,000.00.

c.  For such other further relief as this Court may find just and proper.

Respectfully Submitted,

Nnenna O. Chuku
Federal Bar No. 13017
Law Offices of Nnenna O. Chuku
1717 K Street, NW, Suite 600
Washington, DC 20036
(202) 508-3661
Counsel for Plaintiff