UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SABRINA GALLMON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METROPOLITAN POLICE )<br>DEPARTMENT, FIFTH DISTRICT, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1075 (RCL) |

## ORDER

Plaintiff has failed to comply with this Court's Order [2] filed September 12, 2005.

Accordingly, this case is hereby DISMISSED without prejudice for failure to prosecute.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 4, 2005.